UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| JAY WINEGARD, on behalf of himself and all others similarly situated, | JUDGMENT |
| Plaintiff, | 23-cv-1244 (BMC) |
| v. | |
| GOLFTEC INTELLECTUAL PROPERTY LLC, and GOLFTEC ENTERPRISES LLC, | |
| Defendants. | |

-------------------------------------------------------------X

A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on May 26, 2023, granting Defendant's motion to dismiss for lack of standing; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss for lack of standing is granted.

| | |
|---|---|
| Dated: Brooklyn, New York<br>June 6, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>        Deputy Clerk |